UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60422-CIV-DIMITROULEAS

CHARLES WAGENHEIM, on his own
behalf and for others similarly situated,

        Magistrate Judge Snow

    Plaintiff,
vs.

GC WORKS, INC., a Florida corporation,
and LANCE WAYNE, individually,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Plaintiff's Motion for Attorneys' Fees [DE 58], filed on April 22, 2010, and the Report and Recommendation of the Magistrate Judge Lurana S. Snow, dated August 10, 2010 [DE 71]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Magistrate Judge recommended that the Motion be granted in part. The Court agrees with the Magistrate Judge's conclusion that the hourly fee sought by Plaintiff is reasonable, but the fees sought should be reduced by $1450.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 71] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Attorneys' Fees [DE 58] is hereby **GRANTED in part**;

3. Plaintiff Charles Wagenheim shall recover from Defendants GC Works, Inc. and Lance Wayne the amounts of $26,812.20 in attorney's fees, and $653.38 in costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of September, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record